UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                                                                      Case No. 2:07-cr-13

SHAWN ALLEN KLATT,                                              HON. R ALLAN EDGAR

    Defendant(s).
_____/

ORDER OF DETENTION

In accordance with the detention hearing conducted before the undersigned on May 18, 2007, at which the court was advised that the defendant was waiving his right to a detention hearing at this time, IT IS HEREBY ORDERED that the government's motion for detention is granted and defendant shall be detained pending further proceedings. Defendant reserves the right to bring the matter of detention before the court at a later date if he so desires.

IT IS FURTHER ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate pending sentencing. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    UNITED STATES MAGISTRATE JUDGE

Dated:   May 18, 2007