UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                   Case No. 2:07-cr-13
                                                       HON. R. ALLAN EDGAR

Shawn Allen Klatt,
_____/

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and a stipulation was filed on 12/10/2010 to waive the right to object.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate filed 12/3/2010 #48, is approved and adopted as the Opinion and Findings of this Court.

2. The Magistrate's findings that Defendant Shawn Allen Klatt violated the terms of his supervised release as set forth in Violations No. 1 through 6; and that the Government failed to meet its burden with respect to Violation #7 are accepted.

SO ORDERED.

Dated: 12/15/2010

                                                                   */s/ R. Allan Edgar*
                                                                     R. ALLAN EDGAR
                                                     UNITED STATES DISTRICT JUDGE